USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-5-22

**MEMO ENDORSED**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
IN RE *EX PARTE* APPLICATION OF TRACEY AMON
FOR AN ORDER TO OBTAIN DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS

Case No.: 2022-CV-

Applicant.
-------------------------------------------------------------x

### EX PARTE APPLICATION FOR ORDER
### TO OBTAIN DISCOVERY PURSUANT TO 28 U.S.C. § 1782

Kevin Murphy, declares under penalty of perjury as follows:

1. I am an attorney admitted to practice before this Court and am a partner of the law firm Wuersch & Gering LLP, attorneys for Tracey Amon. I make this application on behalf of Ms. Amon and in support of her request for an order to obtain discovery for use in a foreign tribunal pursuant to 28 U.S.C. § 1782.

2. The discovery is sought to be obtained from J.P Morgan Chase N.A. concerning credit card purchases and payments made by Maurice Alain Amon, using J.P. Morgan Visa credit card [redacted][1] under the name "Maurice A Amon" from the years 2015-2019, and related credit card purchases and payments in the name of Tracey Amon.

### The Relevant Parties and Foreign Proceedings

3. Tracey Amon is the widow of Maurice Alain Amon ("Decedent"), who until his death in 2019, was the sole beneficial owner of number of companies with estimated personal assets exceeding 600 million dollars. Tracey and Maurice Amon were married on December 22, 2008, in Hong Kong, without a marriage contract.

*Petition granted. The Clerk shall issue the subpoena in the form attached as ECF Nos. 1-5 (subpoena) and ECF No. 1-6 (attachment).*

**SO ORDERED.**

*[signature]*
LEWIS A. KAPLAN, USDJ
12/5/22

---
[1] The specific credit card number will be included in the subpoena to JP Morgan Chase and not filed publicly.

1