```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-20-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE *EX PARTE* APPLICATION OF TRACEY AMON
FOR AN ORDER TO OBTAIN DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS

22-cv-10245 (LAK)

Applicant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Applicant's motion for an order issuing a supplemental subpoena is granted. The Clerk shall issue the subpoena in the form attached as ECF No. 1-5 (subpoena) and ECF No. 10-9 (attachment).

      SO ORDERED.

Dated:      February 20, 2024

                                                         /s/ Lewis A. Kaplan
                                                    Lewis A. Kaplan
                                           United States District Judge